UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CURTIS B FISHER,<br><br>    Petitioner,<br><br>    v.<br><br>RON HAYNES,<br><br>    Respondent. | CASE NO. 3:15-CV-05747-BHS-JRC<br><br>ORDER TO FILE SUPPLEMENTAL ANSWER |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura.  The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.  Petitioner seeks relief from a state conviction.  Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

In respondent's original answer, respondent argued that the petition was time barred. Dkt. 9.  In petitioner's reply, he argued that his petition was not time barred because he was subject to a not-more-than-life imprisonment sentence and that the United States Supreme Court's decision in *Miller v. Alabama,* 132 S.Ct. 2455 (2012), effected a later accrual date for the statute of limitations period. Dkt. 11.

The Court then ordered petitioner to show cause why his petition should not be dismissed without prejudice for failure to exhaust, based on the recent decision by the United States Supreme Court, holding that the ban on mandatory life without parole sentences for juvenile sentences applies retroactively. Dkt. 13 (*citing Montgomery v. Louisiana,* No. 14-280, slip. op., 577 U.S. \_\_\_\_ (Jan. 25, 2016)). Respondent filed a response to the Court's order, arguing that petitioner was not sentenced to life without parole and thus, *Montgomery* does not apply in this case. Dkt. 14. Respondent also filed additional state court records. Dkt. 15.

Petitioner filed a "Motion for Showing Cause" stating that he was subject to a sentence of "not more than life imprisonment" and that his petition is not time-barred. Dkt. 16. Respondent filed a response. Dkt. 17.

Accordingly, the Court orders that respondent supplement his original answer (Dkt. 9) and include all arguments raised in respondent's response to the Court's order and in reply to petitioner's "Motion for Showing Cause." Respondent's supplemental answer must be filed on or before April 15, 2016. The supplemental answer will be treated in accordance with LCR 7. Accordingly, on the face of the supplemental answer, respondent shall note it for consideration on the fourth Friday after filing.  Petitioner may file and serve a response not later than the Monday immediately preceding the Friday designated for consideration of the matter, and respondent may file and serve a reply not later than the Friday designated for consideration of the matter.

Dated this 16th day of March, 2016.

J. Richard Creatura
United States Magistrate Judge

ORDER TO FILE SUPPLEMENTAL ANSWER - 2